FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00168-BNB

ULISES TESORO,

        Plaintiff,

v.

DR. JOSEPH WRIGHT,
KATRINA BOYD,
MICHAEL BERGANDO,
SUSAN JONES,
ARISTEDES ZAVARAS, and
CHERY SMITH,

        Defendants.

_____

## ORDER OVERRULING OBJECTION

_____

        This matter is before the Court on the document titled "Motion to Objecion [sic] Mr. Tesoro Amended Complaint.  Where the Are Force Mr. Tesoro Do Something That He Can't Do" (ECF No. 19) that Plaintiff, Ulises Tesoro, submitted to and filed with the Court *pro se* on April 27, 2011.

        Mr. Tesoro objects to Magistrate Judge Boyd N. Boland's April 19, 2011, minute order denying Plaintiff's motions for appointment of counsel as premature and granting him a thirty-day extension of time in which to file a second amended complaint that complies with the directives of the order of April 1, 2011.  He also disagrees with the April 1 order to file a second amended complaint.  The Court will construe the objection liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A).  For the reasons stated below, the objection will be overruled.

        Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter

designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

Mr. Tesoro clearly fails to understand that the Court is aware he claims he is being denied medical treatment for cancer. The reason the Court ordered him to file a second amended complaint is because he fails to assert in the complaint he originally filed each Defendant's involvement in the alleged denial of medical care. In addition, the April 19 minute order pointed out that any claims Mr. Tesoro wants to raise, such as being denied free hygiene items and being unable to take a shower, if administratively exhausted, should be included in the second amended complaint. Such claims also must allege each Defendant's involvement in the alleged denial of free hygiene items and showers.

The Court concludes that Magistrate Judge Boland's April 1 order for an amended complaint and April 19 minute order are neither clearly erroneous nor contrary to law. Therefore, Mr. Tesoro's liberally construed objection will be overruled.

Accordingly, it is

ORDERED that the document titled "Motion to Objecion [sic] Mr. Tesoro Amended Complaint. Where the Are Force Mr. Tesoro Do Something That He Can't Do" (ECF No. 19) that Plaintiff, Ulises Tesoro, submitted to and filed with the Court *pro se* on April 27, 2011, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled. It is

FURTHER ORDERED that Mr. Tesoro will be allowed **thirty (30) days from the date of this order** to file a second amended complaint that complies with the directives of the order of April 1, 2011. It is

FURTHER ORDERED that if Mr. Tesoro fails, within the time allowed, to cure the designated deficiencies as directed, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this __5th__ day of ___May___, 2011.

BY THE COURT:


__s/Lewis T. Babcock__
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-00168-BNB

Ulises Tesoro
Prisoner No. 68108
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215-0777

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 5, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk